# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCTAVIO MACIAS,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>HD SUPPLY MANAGEMENT, LLC;<br>and DOES 1 through 50, inclusive,<br><br>　　　　　　　　　Defendants. | Case No.:  24-cv-00854-W-AHG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [DOC. 12]** |

　　　Pending before the Court is a joint motion by Plaintiff Octavio Macias ("Plaintiff") and Defendant HD Supply Management, LLC ("Defendant") to dismiss this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and in light of the parties' recent settlement agreement.  ([Doc. 12], "Joint Motion".)

　　　Good cause appearing, the Court **GRANTS** the Joint Motion [Doc. 12] and **ORDERS** this case **DISMISSED WITH PREJUDICE**.  Each party shall bear its own fees and costs.

　　　**IT IS SO ORDERED**.

Dated:  October 16, 2024

_____
Hon. Thomas J. Whelan
United States District Judge